FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV 14 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA 13-513 M |
| Hession, John Calvin | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Monday 11/18/13___, at ___1:45___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) and produced for the hearing.

Dated: ___11/14/13___

___[signature]___
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK